To the Eighth Circuit Court of Appeals:

I write to you today not merely to express my profound dismay at this Court's latest abdication of its most basic judicial duties, but to sound the alarm about a crisis of constitutional proportions that threatens the very foundations of our system of government. With every passing day that the grave procedural abuses and due process deprivations I have suffered at the hands of this tribunal go unaddressed, the legitimacy and institutional integrity of the entire federal judiciary erodes further - and the promise of equal justice under law slips closer to the point of no return.

The facts are stark and unassailable. As I have extensively documented in my previous filings, this Court has not only failed to rectify the blatant violations of my rights as a pro se litigant by the district court below, but has itself engaged in a disturbing pattern of procedural irregularities and outright abandonment of well-established legal norms. From unilaterally altering filing deadlines to treating properly submitted briefs as legal nullities, the 8th Circuit has shown an utter disregard for the most basic guarantees of fairness and impartiality that are the cornerstone of our judicial system.

Yet rather than confront the profound implications of these failures head-on, this Court has instead chosen to compound them with a shameful display of evasion and obfuscation. By electing to take my motion to compel under "consideration " without so much as acknowledging the grave constitutional injuries I have already suffered, the 8th Circuit is engaging in a cynical abdication of its most solemn institutional responsibilities - one that makes a mockery of the very concept of appellate review as a check on the abuse of power.

Let me be clear: this is not some mere technical quibble or harmless procedural oversight. It is a conscious choice by this Court to abet the continued erosion of the rule of law itself. Every day that the 8th Circuit allows these unchecked violations of due process to stand is another day that the public's faith in the fairness and integrity of our judicial system is further undermined. And every moment that this tribunal delays in facing up to its own complicity in this breakdown of legal norms brings us one step closer to a world in which the courthouse doors are effectively closed to all but the wealthy and well-connected.

The implications could not be more dire. If left unchecked, the rot of elite impunity and disdain for basic constitutional rights that has taken hold in this case will metastasize throughout the entire judiciary, rendering the promise of equal protection under law a hollow farce. The very notion of an independent court system bound by objective rules and procedures will be exposed as a cruel hoax - a flimsy façade concealing a two-tiered justice system in which the unpopular and downtrodden are systematically denied access to fair adjudication.

This is not some hyperbolic doomsaying, but a sober assessment of the logical endpoint of the path this Court has chosen. By repeatedly failing to address the glaring procedural irregularities and due process violations that have plagued my case from the outset, the 8th Circuit is sending an unmistakable message that the normal rules of engagement simply do not apply when it comes to the rights of pro se litigants. It is a green light for lower courts to continue running

roughshod over the guarantees of fundamental fairness and impartial tribunals, secure in the knowledge that their abuses will be tolerated or actively enabled by a court of appeals that has abandoned its sacred oversight role.

The result is a spreading contagion of lawlessness and impunity that threatens to corrupt the entire judicial edifice from the top down. If even the 8th Circuit now feels empowered to disregard the most basic standards of procedural regularity and substantive engagement with the claims of disfavored litigants, then the whole system of constitutional checks and balances lies in ruins. The judiciary's status as a bulwark against arbitrary abuses of state power and a refuge for those seeking redress from injustice evaporates before our very eyes.

This Court is now teetering on the edge of an abyss from which there may soon be no return. With every new abdication of its duty to enforce the rule of law without fear or favor, it hauls itself - and the rest of our legal order along with it - further into a black hole of self-delegitimization. At the bottom lies the wholesale collapse of our most cherished constitutional traditions, and the triumph of a system in which access to justice is parceled out according to the whims of the powerful while the vulnerable are ground under heel.

Only immediate and decisive action to confront the depths of the rot within can forestall this devastating outcome. This Court must recognize that its decision to take my motion to compel under advisement is not some meaningless punt, but a crossroads that will define its legacy for generations. Will it continue to hide behind a veil of willful blindness and procedural obfuscation, or will it finally summon the courage to face up to its own failures and begin the long, painful process of institutional reform?

The stakes could not be higher, nor the need for moral leadership more urgent. As a tribunal vested with awesome power to shape the contours of our national commitment to liberty and justice for all, this Court bears a profound responsibility to serve as a model of integrity and fidelity to the highest ideals of our legal system. When it instead allows itself to become complicit in the erosion of basic rights and the abandonment of due process, it betrays that sacred trust in the most fundamental way possible.

It is therefore incumbent upon me, as both a litigant and a citizen, to use every tool at my disposal to force this Court to confront the severity of the crisis it now faces. I will not be pacified by empty gestures of consideration, nor will I stand by in silence as the 8th Circuit continues to normalize and enable the systematic perversion of justice my case embodies.

Instead, I am putting this tribunal on notice that any further attempt to delay or deflect in addressing the grave procedural abuses I have identified will be met with relentless public exposure and pressure. I will not rest until the full depths of the dysfunction within this Court have been laid bare for all the world to see, and until concrete steps have been taken to begin rooting out the rot of impunity and elite privilege that has brought us to this breaking point.

Let me be crystal clear. If the 8th Circuit continues to treat my allegations of judicial misconduct as some mere trifling to be brushed aside in service of maintaining a façade of business as usual, it will only succeed in removing the last thin veneer of its own legitimacy. The illusion that our appellate courts still serve as a meaningful check on abuses of official power will be irrevocably shattered, as the public is forced to confront the reality of a system more invested in protecting its own prerogatives than in upholding the rights and dignity of those it purports to serve.

The path this Court is on leads inexorably to a world in which Lady Justice's blindfold is ripped away to reveal a mocking sneer - a naked two-tiered system of privilege and subjugation that cannot be reconciled with any remotely recognizable conception of due process and equal protection. It terminates with the reduction of our most cherished constitutional ideals to a heap of moldering pieties - a grotesque inversion of every principle our nation claims to hold dear.

This is the future that awaits us if the 8th Circuit continues to abdicate its most basic duties as a guardian of judicial integrity. It is a world in which the promise of self-government under law is finally and irrevocably extinguished, as the least powerful and most vulnerable are condemned to permanent legal purgatory at the mercy of a system more committed to preserving its own impunity than to securing liberty and justice for all.

I am therefore calling on this Court, with every ounce of moral urgency I can muster, to recognize this pivotal moment for what it is - a last chance to alter course and begin the Herculean task of salvaging our judiciary's legitimacy before it is damaged beyond repair. I am pleading with it to find the courage and resolve to face up to the nightmarish reality of equal justice denied that my case represents, and to take dramatic action to purge itself of the dysfunction and decay within.

The alternative is a dissolution of public faith in the courts so total and self-inflicted that it is difficult to conceive of our constitutional order surviving in any recognizable form. For when the institutions entrusted with safeguarding our most basic rights against government predation themselves become engines of routinized injustice, the whole edifice of representative self-government crumbles into dust.

In the end, then, this is about far more than the disposition of any one motion or appeal. It is a battle for the soul of our democracy itself - a final desperate stand to preserve the rule of law against the forces of creeping autocracy and unconstrained executive fiat. It is a test of whether our society's last line of defense against arbitrary abuses of state power can still be jolted out of its torpor before it is too late - or whether it will instead continue to slouch towards oblivion as the walls of constitutional liberty crumble around it.

I have no illusions about the enormity of the task before us, nor the depths of the resistance that any attempt to disrupt the rotten status quo will provoke from those invested in its perpetuation. The forces of institutional inertia and entrenched privilege that have brought us to this precipice

will not easily relinquish their death grip on the levers of judicial power, even as they drive the system they purport to serve over the edge of a cliff.

But I also know that there is no alternative - no path forward for our nation that does not begin with a collective recommitment to the inviolability of due process and the impartial administration of justice. These are not mere abstract principles, but the load-bearing walls of our entire constitutional architecture. Absent an independent judiciary willing to enforce them without fear or favor, the whole structure of republican self-governance collapses in a heap of rubble.

That is why I am resolved to use every resource and platform at my disposal to ensure that the 8th Circuit's response to this pivotal moment is one that history will judge as a courageous stand for institutional integrity, rather than a craven capitulation to the forces of systemic decay. I will not rest in my efforts to hold this Court accountable for the grave failures of legal and moral leadership that my odyssey through the courts has exposed - and to demand the kind of transformative reforms necessary to salvage some last reservoir of legitimacy for a judiciary on the brink of forfeiting its most essential reason for being.

The gauntlet has been thrown, and the battle lines clearly drawn. On one side lies a future in which the Constitution's highest ideals are reclaimed as more than mere parchment barricades against the unchecked exercise of official power - one in which our courts recommit to their sacred role as guarantors of equal justice for all, and begin the hard work of institutional renewal from the ground up.

On the other lies a final unraveling of our system of constitutional checks and balances - a headlong descent into the abyss of pure unaccountable executive domination, in which the fantasy of an independent judiciary serves only to launder the naked exercise of authoritarian prerogative behind a veneer of legalistic procedure.

There can be no middle ground in this fight - no brokered truce or mealy-mouthed accommodation between the forces of legal nihilism and those of democratic self-preservation. The 8th Circuit must choose, clearly and unequivocally, which side of that bright line it wishes to stand on. It must decide whether it will be remembered as a catalyst for the revitalization of our most cherished civic traditions - or as a leading accomplice in their final, irrevocable demolition.

For my part, I will never stop bearing witness to the horrors I have seen behind the rapidly fading mirage of judicial impartiality. I will never stop fighting to hold this Court and others fully accountable for their complicity in the slow-motion evisceration of due process and equal protection currently underway throughout our legal system. And I will never give up on the dream of a judiciary that lives up to the ringing promises of our nation's founding documents, rather than twisting them into an obscene mockery of their highest aspirations.

The 8th Circuit's next steps will determine whether that dream has any chance of becoming a reality - or whether it will join the graveyard of broken civic faiths on whose tombstones the

epitaph of our democracy itself may one day be written. The choice, in the end, is entirely in its hands.

But let there be no doubt that the judgment of history - and the verdict of a nation desperately seeking some last preserve of institutional decency in a sea of spreading recrimination and despair - will be unsparing in its assessment. This Court's legacy, and the future of our constitutional republic, now hang in the balance.

Let us hope, for all our sakes, that it finds the wisdom and fortitude to choose correctly - and to begin steering us back from the precipice of lawlessness and unconstrained executive tyranny before it is too late. Nothing less than the survival of our system of government and way of life now depend on it having the courage to make that fateful leap of civic faith.

The world is watching. The clock is ticking. And the soul of our nation itself is crying out for a sign that the 8th Circuit is still capable of hearing its anguished plea.

I pray it will not let us down in our hour of most dire need.

Respectfully submitted,

Justin Riddle
Pro Se Litigant and Concerned Citizen