Dear Honorable Judges of the 8th Circuit Court of Appeals,

Here is a summary of the key points in simple terms for those of you following along with limited understanding of the law:

The Nebraska Attorney General's office conducted an investigation into complaints filed by multiple community members (not me or my mother) about misconduct by the Omaha Public Schools Board. Despite the fact that these complaints alleged violations of our rights, the AG's office never notified us about the investigation at all. They only got information from the Board, completely ignoring our side of the story. This was extremely unfair and a denial of our right to due process.

The AG's findings simply accepted the Board's version of events without ever getting our perspective. It seems like they intentionally hid the truth because it would make it impossible to support the school district's actions.

When I requested the records and evidence the AG used to make their decision under public records laws, they refused, claiming those records were too sensitive to share with me, the victim. This is unacceptable.

By not providing the records, the AG has denied me the ability to see and challenge the evidence they used to say untrue things about me publicly. For example, they

falsely claimed that no one is allowed to play audio at school board meetings as a way to blame us, but this is not true at all. Many community members have played audio recordings at meetings since then with no issues.

This is not how due process is supposed to work. It's like being found guilty of something without ever getting to face your accuser or question the evidence against you. It completely goes against the principles of transparency and accountability that are essential to the rule of law.

Shockingly, I just found out last week that this investigation was actually done over two years ago by a different Attorney General administration. That means the current AG's office made a deliberate choice to continue hiding this information from me when I asked for it, rather than distancing themselves from the prior administration's wrongdoing and being transparent. This is a devastating revelation that proves the system cares more about protecting its own power than following basic principles of morality, logic, and truth.

The Court cannot ignore the significance of these events. My complaints about unfairness and violations of my rights as someone representing myself without a lawyer have now been proven true by the AG's improper handling of the original community complaints. This is a crucial moment for the judicial system to address its failures and lack of accountability.

If the Court rules against me now, despite all the evidence of wrongdoing, it will show the public that the system is hopelessly biased and doesn't care about justice for regular people. But if the Court takes a stand for what's right, it could start to restore people's faith in the fairness and integrity of our legal institutions.

Ultimately, the Court has a clear choice to make. It can either continue to allow those in power to hide their misconduct and silence people who try to speak up about injustice. Or it can fulfill its duty to uphold the Constitution, protect individual rights, and ensure that no one is above the law - not even officials who abuse their authority to cover up the truth.

I hope the Court will make the right decision and give me the basic due process that the Attorney General has worked so hard to deny me - the chance to face my accusers, see the evidence against me, and challenge the false stories being spread about me. This is what it means to have a society based on laws rather than the whims of the powerful. It's the Court's sacred responsibility to make sure these core principles survive, even in the face of corruption in the government.

The future of American democracy depends on what the Court does here. I trust that the judges will rise to the occasion, stand up for transparency and the rule of

law, and show that the ideal of liberty and justice for all is still alive and well in this country, no matter how hard some officials try to undermine it.

**Dear Honorable Judges of the 8th Circuit Court of Appeals,**

I write to you today as a citizen betrayed by the institutions entrusted with safeguarding our constitutional rights. The record before you reveals a disturbing saga of judicial abdication, systemic bias, and the abandonment of due process for those who challenge entrenched power. At the center of this nightmare lies the Nebraska Attorney General's flawed investigation into a complaint against the Omaha Public Schools Board - a complaint filed not by me or my mother, but by multiple members of the community who witnessed the Board's misconduct at its August 2, 2021 meeting.

The facts are incontrovertible. The AG's office launched an investigation into these community complaints without ever notifying me or my mother - the very individuals whose rights were violated. We were silenced as the AG's team obtained an extensive response from the Board and its counsel. The message was clear: the experiences of the powerless must yield to the imperatives of the privileged.

This erasure was a defining feature of a process rigged from the outset to ratify the Board's narrative. By excluding our perspectives, the AG's office stripped us of

agency and reduced us to passive bystanders in our own persecution. The Constitution's promise of due process was sacrificed on the altar of expediency.

The result was a mockery of impartial fact-finding - a charade designed to launder the Board's misconduct through the facade of official validation. The AG's findings fixated on the Board's self-serving interpretations of its policies while ignoring the glaring procedural inequities that defined the entire endeavor.

The AG's office then sought to enshrine our exclusion by cloaking its inquiry in secrecy. When I submitted a legal request under the Nebraska Public Records Statutes seeking access to the evidence, correspondence, and findings relied upon by the AG's office, I was met with obstruction and denial. The AG's office invoked a statutory exception to disclosure, claiming that the very records that formed the basis of its public conclusions against me were too sensitive to be shared with the victim himself. This Orwellian inversion of transparency and accountability is a chilling reminder of how easily the instruments of the state can be weaponized against the citizenry they purport to serve.

Most disturbingly, I have recently discovered that this investigation was conducted over two years ago by a different Attorney General's administration. The current AG's office, rather than distancing itself from this tainted process and embracing transparency, has chosen to perpetuate the concealment and protect the prior

administration's misconduct. This shocking revelation represents an event horizon for the collapse of justice itself - a system where power trumps principle, and institutional self-preservation overrides the most basic tenets of morality, logic, and factual integrity.

The AG's stonewalling of my records request represents the apotheosis of the rot that has infected every facet of this supposed investigation from the outset. It lays bare the underlying reality that this entire endeavor was never about uncovering truth or vindicating rights, but rather about wielding the power of the state to suppress dissent and preserve the impunity of the privileged.

By shrouding its machinations in official secrecy, the AG's office has arrogated to itself the right to condemn me based on evidence I am not allowed to see, challenge, or refute. This is not due process, but the arbitrary fiat of a system that has elevated the preservation of power over the pursuit of justice.

In this brave new world, the right to confront one's accusers, to examine the evidence against oneself, to challenge the official narrative - the very cornerstones of our legal tradition - have been sacrificed on the altar of bureaucratic caprice. The result is a dystopian inversion of the rule of law, in which the individual is stripped of even the pretense of autonomy and reduced to a helpless spectator in the face of an all-powerful state apparatus.

The AG's denial of my public records request represents an egregious misapplication of statutory exceptions meant to protect legitimate privacy and national security interests. In refusing to provide the very records relied upon to condemn me publicly, the AG's office cited an exception intended to safeguard sensitive personal information or matters impacting critical state interests like public safety or intelligence activities. It strains credulity to argue that an open meetings complaint regarding a public school board could conceivably implicate these types of core privacy or national security concerns.

The records at issue pertain to a patently public proceeding of a local government body - precisely the type of government activity that transparency laws like the Open Meetings Act are designed to allow citizens to scrutinize. By cloaking these public records in secrecy under inapplicable statutory pretexts, the AG's office has turned the purpose of such exceptions on its head. Rather than using them as a limited shield to protect truly sensitive information as the legislature intended, the AG has brazenly wielded these provisions as a sword to cut off my constitutional due process rights to access the evidence used against me. This represents an abuse of power and a subversion of statutory transparency mandates.

Your Honors, the question before this Court is no longer merely whether my rights were violated by the Board's misconduct and the AG's farcical investigation, but

whether the very concept of individual rights retains any meaning in a system where the powerful can wield the instruments of official secrecy to silence dissent and enshrine their own impunity.

The stakes could not be higher, for what hangs in the balance is nothing less than the survival of the American ideal itself - the notion that ours is a government of laws, not of men; that no official, no matter how powerful, is above the obligations of transparency and accountability that are the lifeblood of a free society.

I come before this Court not just as a litigant seeking redress for my own grievances, but as a citizen fighting for the soul of our democracy. For if the AG's office is allowed to wield the power of secrecy to shield its misconduct from scrutiny, to deny me access to the evidence it claims justifies its actions, then we will have abandoned the foundational principle that the state exists to serve the people, not to rule them.

I ask you to stand with me, to vindicate not just my individual rights, but the notion that in America, no one is above the law and no one is beneath its protection. The alternative is a nation in which the rights of the individual are subordinated to the whims of the powerful, where the state can wield the instruments of secrecy to silence dissent and enshrine its own impunity, where the rule of law is reduced to a hollow mockery.

The choice before this Court is stark, but it is also clear. Will you stand with the forces of opacity and repression, or will you stand with the cause of transparency and individual liberty? Will you allow the AG's office to wield the power of secrecy to shield its misconduct, or will you vindicate the right of every American to confront their accusers and challenge official narratives?

These are the questions that will define the legacy of this Court and the future of our democracy. I pray that you will rise to the occasion and reaffirm the vital principle that in America, the state exists to serve the people, not to rule them. I ask only that you give me what the AG's office has worked so assiduously to deny - the right to confront my accusers, to examine the evidence against me, to challenge the narratives that have been wielded to condemn me.

That is the essence of due process, the lifeblood of a free society, and it is the sacred duty of this Court to ensure that it is not extinguished in the face of bureaucratic tyranny. I pray that you will rise to that solemn obligation, that you will strike a blow for transparency and the rule of law, and in so doing, reaffirm the enduring vitality of the American ideal.

Respectfully submitted,

Justin Riddle