# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1940

Justin E. Riddle

Appellant

v.

Omaha Public Schools

Appellee

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00547-RFR)

___

**ORDER**

Justin E. Riddle's motion to supplement record is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

August 19, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Maureen W. Gornik