United States Court of Appeals

For the Eighth Circuit

_____

No. 24-1940
_____

Justin E. Riddle

*Plaintiff - Appellant*

v.

Omaha Public Schools

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: August 23, 2024
Filed: August 28, 2024
[Unpublished]
_____

Before SMITH, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

    Justin Riddle appeals following the district court's[1] dismissal of this 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

---

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.

Appellate Case: 24-1940    Page: 1    Date Filed: 08/28/2024 Entry ID: 5429222

After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. *See Horras v. Am. Cap. Strategies, Ltd.*, 729 F.3d 798, 801 (8th Cir. 2013) (standard of review). There is no support in the record for Riddle's claim of judicial bias. *See Liteky v. United States*, 510 U.S. 540, 555 (1994) (judicial rulings alone almost never constitute a basis for judicial bias).

The pending motions are denied and the judgment is affirmed. *See* 8th Cir. R. 47B.

_____