# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1940

Justin E. Riddle

Appellant

v.

Omaha Public Schools

Appellee

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00547-RFR)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

September 30, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Maureen W. Gornik